**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

MIMEDX GROUP, INC.,                    )
                                       )  Case No. _____
            Plaintiff,                 )
v.                                     )
                                       )
SURGENEX, LLC, MARK DIAZ,              )
AND STEPHEN BLOCKER,                   )
                                       )
            Defendants.                )

## DECLARATION OF ABEL BULLOCK IN SUPPORT OF REMOVAL

I, Abel Bullock, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Abel Bullock. I am over the age of twenty-one (21) and am competent to testify to the matters set forth herein, of which I have personal knowledge.

2. I respectfully submit this declaration in support of the removal of this civil action from the Superior Court of Cobb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

3. On May 24, 2024 (the "**Commencement Date**"), I was a citizen of Arizona, and I remain so today. I resided in Arizona on the Commencement Date and intended to remain here for an indefinite period of time.

4. On the Commencement Date, Surgenex, LLC ("**Surgenex**") was a limited liability company organized under the laws of Arizona. Its sole member was Surgenex Holdings, LLC, a limited liability company organized under the laws of

Arizona.  Surgenex Holdings, LLC's sole member on the Commencement Date was The Abel Bullock Trust (the "**Trust**"), a revocable trust established under the laws of Arizona.  I served as trustee of the Trust on the Commencement Date and still serve in that capacity today.

5.    On the Commencement Date, the beneficiaries of the Trust were my daughter, Penelope Marie Bullock, who is an Arizona citizen, and my sister, Allyson Musca, who is a Missouri citizen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2024, Scottsdale, Arizona.

Abel Bullock

2