## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MIMEDX GROUP, INC., | ) |
| | ) Case No. _____ |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| SURGENEX, LLC, MARK DIAZ, | ) |
| AND STEPHEN BLOCKER, | ) |
| | ) |
|     Defendants. | ) |

## DECLARATION OF STEPHEN BLOCKER IN SUPPORT OF REMOVAL

I, Stephen Blocker, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      My name is Stephen Blocker.  I am over the age of twenty-one (21) and am competent to testify to the matters set forth herein, of which I have personal knowledge.

2.      I am a defendant in the above-captioned action (the "**Action**").  I respectfully submit this declaration in support of the removal of the Action, to which I consent, from the Superior Court of Cobb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

3.      On May 24, 2024 (the "**Commencement Date**"), I was a citizen of Illinois, and I remain so today.  I resided in Illinois on the Commencement Date and for many years prior and intend to remain here for an indefinite period of time.

2455268.1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2024, Chicago, Illinois.

DocuSigned by:

CF0825B4F37B475...

Stephen Blocker

2455268.1

2