UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGENEX, LLC, MARK DIAZ, AND STEPHEN BLOCKER, <br><br> Defendants. | Case No. 1:24-cv-02484-JPB |

## MIMEDX GROUP, INC.'S MOTION TO REMAND

Plaintiff MiMedx Group, Inc. ("MiMedx" or "Plaintiff") moves this Court to remand this action to the Superior Court of Cobb County, Georgia pursuant to 28 U.S.C. § 1447. In support of this Motion, MiMedx relies on its memorandum of law in support of this motion and the Declaration of F. Nicholas Chandler, with Exhibits, filed contemporaneously herewith.

1

Respectfully submitted this 21st day of June, 2024.

                          **ALSTON & BIRD LLP**

                          */s/ Christopher Marquardt*
                          Christopher C. Marquardt
                          Georgia Bar No. 471150
                          chris.marquardt@alston.com
                          Nicholas Chandler
                          Georgia Bar No. 110451
                          nick.chandler@alston.com
                          Leigh Shapiro
                          Georgia Bar No. 408330
                          leigh.shapiro@alston.com

                          1201 West Peachtree Street
                          Atlanta, GA 30309-3424
                          Telephone: (404) 881-7000
                          Fax: (404) 881-7777

                          *Attorneys for Plaintiff MiMedx Group, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

This 21st day of June, 2024.

                                                 */s/ Christopher Marquardt*
                                                Christopher Marquardt

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

This 21st day of June, 2024.

                                             */s/ Christopher Marquardt*
                                             Christopher Marquardt