**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGENEX, LLC, MARK DIAZ, AND STEPHEN BLOCKER, <br><br> Defendants. | Case No. 1:24-cv-02484-JPB |

**DECLARATION OF F. NICHOLAS CHANDLER**
**IN SUPPORT OF MOTION TO REMAND**

I, F. Nicholas Chandler, hereby declare as follows:

1.  I am an attorney at law admitted to practice in the State of Georgia. I am a senior associate at the law firm of Alston & Bird LLP and am one of the attorneys responsible for representing Plaintiff MiMedx Group, Inc. ("MiMedx" or "Plaintiff") in the above-entitled action. I make this Declaration in support of the Motion to Remand filed by MiMedx.

2.  The facts set forth herein are based primarily on documents that were produced to MiMedx by Defendants Mark Diaz ("Diaz") and Surgenex, LLC ("Surgenex"). I have personal knowledge of those document productions and the agreement to produce those documents. Certain other facts are based on publicly

1

available documents that I obtained via factual public records research that I conducted on Diaz.

3. On June 10, 2024, Chris Marquardt, lead attorney for MiMedx, emailed Defendants' counsel and requested production of the documents referenced in Defendants' Notice of Removal and the Declaration of Mark Diaz in Support of Removal, (Dkts. 1, 1-4), so that MiMedx could evaluate the grounds for removal asserted by Defendants.

4. On June 11, 2024, I participated in a virtual meeting with Doug Pepe and Marvin Lowenthal, counsel for Diaz and Surgenex, David Barmak, counsel for Stephen Blocker, and Chris Marquardt. During that meeting, counsel for Diaz and Surgenex agreed to produce many of the documents requested by MiMedx. Those documents were subsequently produced to my law firm on June 14 and June 19, 2024. Defendants declined MiMedx's request to produce certain other documents, including records demonstrating Diaz's hotel stays in Arizona prior to April 2024.

5. **Exhibit A** is a true and correct copy of a document produced by Diaz and Surgenex, which is ███████████████████████████████████████████████████████

6. **Exhibit B** is a true and correct copy of a document produced by Diaz and Surgenex, which is ███████████████████████████████████████████

2

███████████████████████████████████████████████████████

████████████████████████████

7.      **Exhibit C** is a true and correct copy of a document produced by Diaz and Surgenex, which is ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

8.      **Exhibit D** is a true and correct copy of a document produced by Diaz and Surgenex, which is ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

9.      **Exhibit E** is a true and correct copy of a document produced by Diaz and Surgenex, which is ████████████████████████████████████

████████████████████████████████████████████████████

████████████████

10.     **Exhibit F** is a true and correct copy of a document produced by Diaz and Surgenex, which is ████████████████████████████████████

████████████████████████████████████████████████████

3

███████████████████████████████████████████████

████████████████████████

11.     **Exhibit G** is a true and correct copy of a document produced by Diaz and Surgenex, which is ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

12.     **Exhibit H** is a true and correct copy of Mark Diaz's LinkedIn page accessed on June 7, 2024, which identified Diaz as located in the "Atlanta Metropolitan Area."

13.     **Exhibit I** is a true and correct copy of the most recently available Annual Notice of Assessment to Mark Eugene Diaz for property tax on his residence in Fulton County, Georgia, located at 304 Boxwood Lane, Roswell, Georgia.  The Annual Notice of Assessment indicates "Yes" for Homestead exemption.

14.     **Exhibit J** is a true and correct copy of the Georgia Department of Revenue's "Georgia Drives" page for a vehicle belonging to Mark Diaz according to public records, accessed on June 21, 2024, which states that the vehicle was registered in Georgia on May 6, 2024.

15.     I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2024.

*F. Nicholas Chandler*
_____
F. Nicholas Chandler
Georgia Bar No. 110451